# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JAMES S. SYKES,            ) | |
|     Plaintiff,            ) | |
|                 ) | |
| v.            ) | |
|                 ) | |
|                 ) | **JUDGMENT** |
| CAROLYN W. COLVIN,            ) | **CASE NO.  5:12-CV-664-D** |
| Acting Commissioner of Social Security,            ) | |
|     Defendant.            ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED.  The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 13, 2014,** WITH A COPY TO:

Charlotte Hall  (via CM/ECF electronic notification)
Cassia W. Parson  (via CM/ECF electronic notification)

| | |
|---|---|
| <u>January 13, 2014</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/Debby Sawyer          </u> |
| | (By) Deputy Clerk |

Raleigh, North Carolina